## Joseph FULD v. MARYLAND CASUALTY COMPANY.*

### No. 1773.

Court of Appeal of Louisiana.  First Circuit.
Jan. 11, 1938.

Weiss & Weiss, of New Orleans, and Jacob S. Landry, of New Iberia, for appellant.

Walter J. Burke and Lawrence Simon, both of New Iberia, for appellee.

PER CURIAM.

For the reasons assigned this day in the above case and the consolidated case of Mrs. Bernice F. Fuld against the same defendant, La.App., 178 So. 201, it is ordered that the judgment appealed from be, and the same is hereby, affirmed at the cost of appellant.